**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

C.A.R.,

          Respondent

        v.

R.E.M., III,

          Petitioner

No. 266 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.